BENJAMIN B. WAGNER
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 11-CR-00149 AWI |
|---|---|
| Plaintiff, | ) STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT |
| v. | ) |
| MONICA NANETTE HERNANDEZ, | ) |
| Defendant. | ) |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal information including, but not limited to social security numbers, telephone numbers and residential addresses, as well as other forms of personal identification and financial information ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

1    The parties agree that entry of a stipulated protective order is
2 appropriate.
3    THEREFORE, defendant Monica Nanette Hernandez, by and through
4 her counsel of record Jeremy Kroger and the Office of the Federal
5 Defender ("Defense Counsel"), and plaintiff United States of America,
6 by and through its counsel of record, hereby agree and stipulate as
7 follows:
8    1.   This Court may enter protective orders pursuant to Rule
9 16(d) of the Federal Rules of Criminal Procedure, and its general
10 supervisory authority.
11    2.   This Order pertains to all discovery provided to or made
12 available to Defense Counsel by the United States in this case
13 (hereafter, collectively known as "the discovery").
14    3.   By signing this Stipulation and Protective Order, Defense
15 Counsel agrees not to share any documents that contain Protected
16 Information with anyone other than Defense Counsel and designated
17 defense investigators and support staff.  Defense Counsel
18 may permit the defendant to view unredacted documents in the
19 presence of his attorney, defense investigators and support staff.
20 The parties agree that Defense Counsel, defense investigators and
21 support staff shall not allow the defendant to copy Protected
22 Information contained in the discovery.  The parties agree that
23 Defense Counsel, defense investigators, and support staff may provide
24 the defendant with copies of documents from which Protected
25 Information has been redacted.
26    4.   The discovery and information therein may be used only in
27 connection with the litigation of this case and for no other purpose.
28 The discovery is now and will forever remain the property of the
United States Government.  At the conclusion of the case, Defense

1  Counsel will return the discovery to the Government or will certify
2  that it has been shredded.
3      5.   Defense Counsel will store the discovery in a secure place
4  and will use reasonable care to ensure that it is not disclosed to
5  third persons in violation of this agreement.
6      6.   Defense Counsel shall be responsible for advising the
7  defendant, employees, and other members of the defense team, and
8  defense witnesses of the contents of this Stipulation/Order.
9      7.   In the event that the defendant substitutes counsel,
10 undersigned Defense Counsel agrees to withhold discovery from new
11 counsel unless and until substituted counsel agrees also to be bound
12 by this Order.

IT IS SO STIPULATED.

                                        BENJAMIN B. WAGNER
                                        United States Attorney


Dated: 4/29/11                      By: /s/ Stanley A. Boone
                                        STANLEY A. BOONE
                                        Assistant U.S. Attorney



Dated: 4/29/11                          /s/ Jeremy Kroger
                                        JEREMY KROGER
                                        Attorney for Defendant



    IT IS SO ORDERED.

Dated:    May 2, 2011                   _____
                                        CHIEF UNITED STATES DISTRICT JUDGE

3