HEATHER E. WILLIAMS, #122664
Federal Defender
JEREMY S. KROGER, #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
MONICA NANETTE HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  1:11-cr-00149 AWI-BAM-1 |
| Plaintiff, | ORDER VACATING THE TRIAL DATE AND SETTING A STATUS CONFERENCE |
| v. | |
| MONICA NANETTE HERNANDEZ, | |
| Defendant. | Judge: Hon. Anthony W. Ishii |

Having considered the evidence and arguments presented in Ms. Hernandez's Unopposed Motion to Vacate the Trial Date and for Psychiatric Evaluation, and good cause appearing, the Court hereby ORDERS as follows:

The jury trial previously scheduled for June 25, 2013 is hereby vacated.  The matter is rescheduled for a status conference on **August 5, 2013** (please note date change), at 10:00 a.m., to allow defense time to conduct a psychological evaluation of Ms. Hernandez.  At that status conference, the parties should be prepared to present a briefing schedule to address any issues related to Ms. Hernandez's competence to stand trial.

/ / /

/ / /

/ / /

/ / /

/ / /

1   The delay shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C.
2   §§ 3161(h)(7)(A) and (B)(iv).

4   IT IS SO ORDERED.

5   Dated:   June 6, 2013
6                                                                     _____
                                                                      SENIOR  DISTRICT  JUDGE