1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  575 East Alluvial, Ste. 105
3  Fresno, California  93720
   Telephone:  (559) 449-9069
4  Facsimile:    (559) 513-8530

5  Attorney for Defendant, Monica Hernandez

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   | CASE NO.  1:11-cr-00149-AWI

12 |           Plaintiff,

13 |      v.                     | **STIPULATION TO CONTINUE SENTENCING TO JUNE 30, 2014;  ORDER THEREON**

14 | MONICA HERNANDEZ,

15 |           Defendant.

16

17    **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18 respective attorneys of record herein, that the Sentencing Hearing in the above captioned matter

19 set for April 14, 2014, **be continued to June 30, 2014, at 10:00 A.M.**  The Government has just

20 produced supplemental discovery regarding allegations recently filed in Fresno Superior Court.

21 Defense counsel needs additional time to review these reports and investigate.

22 Dated:  April 9, 2014              /s/ Carol Ann Moses
                                      CAROL ANN MOSES
23                                    Attorney for Defendant,
                                      MONICA HERNANDEZ
24

25                                    BENJAMIN B. WAGNER
                                      United States Attorney
26
   Dated:  April 9, 2014              /s/ Grant B. Rabenn
27                                    GRANT B. RABENN
                                      Assistant United States Attorney
28

STIPULATION TO CONTINUE
SENTENCING TO JUNE 30, 2014

1                                             ORDER

3  IT IS SO ORDERED.

4  Dated:   April 10, 2014                   _____
5                                                SENIOR  DISTRICT  JUDGE